# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerome W. James,                    ) | C/A No.: 0:13-cv-1869 DCN |
|                 Plaintiff,      ) | **ORDER** |
| vs.                                 ) | |
| Carl Jones, FSD; Manuel Alfas, FSS; ) | |
| Jennifer Butler, FSS; Annette Chapman FSS;) | |
| Vernon Gore, FSS; Earnest Deloach, FSS, ) | |
|                 Defendants.    ) | |

This matter is before the court pursuant to plaintiff's Motion to Alter or Amend Judgment. This motion was filed on August 18, 2014. Defendants filed their response in opposition on September 5, 2014. After reviewing the pleadings, it is therefore

**ORDERED**, that plaintiff's Motion to Alter Judgment is **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

October 21, 2014
Charleston, South Carolina